**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| DAVID JAMES BRODIGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:18-cv-00273-JAR |
| ) | |
| BEN E. SWINK, et al., ) | |
| ) | |
| Defendants. ) | |

# MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff David James Brodigan's Motion to Stay Discovery Until Quarantine at This Institution Ends.  (Doc. 114.)  Brodigan represents that, due to the COVID-19 pandemic, he is confined to his cell for twenty-three hours every day.  (*Id*.)  He reportedly has no access to the law library, computer, law books, or other legal material.  (*Id*.)  He asks the Court to stay discovery until the quarantine ends and to allow him sixty days thereafter to complete discovery.  (*Id*.)

The Court is cognizant of the significant restrictions Plaintiff faces and is sympathetic to the difficulty of presenting his case under those circumstances.  However, the Court believes that staying discovery is an unnecessarily drastic remedy and that Plaintiff's reduced access can be adequately addressed through the Court's continued liberal granting of extensions of time.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff David James Brodigan's Motion to Stay Discovery (Doc. 114), is **DENIED**.

Dated this 9th day of July, 2020.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE